**Order filed, January 18, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00920-CR

———————

### SARINA SANCHEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 399th Judicial District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2013CR11692**

---

### ORDER

The reporter's record in this case was due **November 09, 2018**. *See* Tex. R. App. P. 35.1. On November 13, 2018, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sachiko Nagao**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be

entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Sachiko Nagao** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM